RECEIVED

MD/FL 12C
(9/03)

12 MAY 30 PM 3:32
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# United States District Court

for

Middle District of Florida
Tampa Division

## Petition for Warrant or Summons for Offender Under Supervised Release

5:13mj46-LB

Name of Offender: Mario Juarez-Gaona  Docket Number: 8:10-cr-248-T-24AEP

Name of Sentencing Judicial Officer: Honorable Susan C. Bucklew

Date of Original Sentence: December 16, 2010

Original Offense: Ct.1-Being Found in the United States After Deportation and Ct. 2-Entering the United States at a Time and Place Not Designated by Immigration Officers

Original Sentence: Twelve months Bureau of Prisons (BOP) custody for Ct.1 to run concurrent with six months BOP custody for Ct. 2 to run concurrent, followed by a term of 36 months supervised release for Ct.1 to run concurrent with 12 months supervised release for Ct. 2. Special conditions imposed at sentencing included the defendant shall cooperate in the collection of DNA, if deported the defendant shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority, and the defendant shall pay a $100.00 special assessment.

Type of Supervision: Supervised Release  Date Supervision Commenced: July 19, 2011

Assistant United States Attorney: Donald L. Hansen  Defense Attorney: Dionja Dyer

---

## PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **New criminal conduct, Aggravated Assault on a Law Enforcement Officer, occurring on April 29, 2012 while on supervision in violation of the conditions of supervision:** On April 29, 2012, the defendant committed the offense of Aggravated Assault on a Law Enforcement Officer. He was subsequently arrested and charged with Aggravated Assault on a Law Enforcement Officer in Pinellas County Circuit Court Docket No.12-CF-8238.

2. **New criminal conduct, Resisting Arrest Without Violence, occurring on April 29, 2012 while on supervision in violation of the conditions of supervision:** On April 29, 2012, the defendant committed the offense of Resisting Arrest Without Violence. He was subsequently arrested and charged with Resisting Arrest Without Violence in Pinellas County Circuit Court Docket No.12-MM-10042.

Offender: **Juarez-Gaona, Mario**
Docket: **8:10-cr-248-T-24AEP**
Date Prepared: **May 25, 2012**

3. **New criminal conduct, Being Found in the United States After Deportation in Violation of 8 U.S.C 1326(a) and (b)(1), occurring on or about April 29, 2012 while on supervision in violation of the conditions of supervision:** On or about April 29, 2012, the defendant committed the offense of Being Found in the United States After Deportation as evidenced by his arrest in Pinellas County, Florida on April 29, 2012. The defendant was previously deported from the United States on July 26, 2011.

4. **Illegal Re-Entry into the United States without the express permission of the appropriate governmental authority in violation of the special conditions of supervision:** On December 16, 2010, the defendant was Court ordered not to re-enter the United States without the express permission of the appropriate governmental authority if he was deported. The defendant illegally re-entered the United States after being deported on July 26, 2011, as evidenced by his arrest in Pinellas County, Florida on April 29, 2012.

United States Probation Office Recommendation:

☒ The term of supervision should be

☒ revoked

☐ extended for years and months, for a total term of years and months.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 25, 2012

Chong Bahng

Chong S. Bahng
United States Probation Officer

MD/FL 12C
(9/97)



Offender: **Juarez-Gaona, Mario**
Docket: **8:10-cr-248-T-24AEP**
Date Prepared: **May 25, 2012**

THE COURT ORDERS

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

Signature of Judicial Officer

MAY 29 2012
Date

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
BY:
Deputy Clerk