# *UNITED STATES DISTRICT COURT*
# *NORTHERN DISTRICT OF FLORIDA*
# *PANAMA CITY DIVISION*

UNITED STATES OF AMERICA

v. CASE NO. 5:13-mj-00046-LB-1

MARIO JUAREZ-GAONA

## INTERPRETER'S WRITTEN OATH

**ON MY WORD OF HONOR, AS OFFICIAL COURT INTERPRETER AND OFFICER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA;**

**I SYLVIA SALSBERG , SWEAR OR AFFIRM TO BE TRUE TO THE CODE OF ETHICS OF MY PROFESSION, AND TO DISCHARGE FAITHFULLY THE FOLLOWING SOLEMN DUTIES AND OBLIGATIONS:**

**I WILL** interpret accurately and faithfully to the best of my ability. I will convey the true meaning of the words, phrases, and statements of the speaker, and I will pay special attention to variations of the target language due to educational, cultural and regional differences.

**I WILL** never interject my own words, phrases, or views and if the need arises to paraphrase any statements in order to convey the proper meaning, I will do so only after the presiding judicial officer has granted permission.

**I WILL** familiarize myself with the case as much as possible prior to going into the Courtroom. I will inquire whether the language in the case will involve terminology of a technical nature or a particular vernacular that would require special preparation. I Will study Indictments or charges to avoid possible interpretation problems during formal proceedings.

**I WILL** speak in a clear, firm and well modulated voice, and when using inflections, I will be particularly careful not to allow them to be interpreted as partiality. I will employ the techniques of interpretation best suited to the situation at hand or according to the needs or wishes of those utilizing my services.

**I WILL** adopt a conservative manner of dress and conduct in upholding the dignity of the Court and of my profession, particularly when attention is upon me in the Courtroom. I will familiarize myself thoroughly with all the local rules and I will abide by them.

**I WILL** strive constantly to improve my knowledge of legal terminology in English and in the language I interpret, and to be familiar with general courtroom procedures, so that in addition to interpreting, I may when time and conditions permit and with the permission of the presiding judicial officer explain to those for whom I interpret what is occurring in the courtroom.

**I WILL** personally be responsible for having the proper dictionaries and other linguistic reference materials readily available for consultation when required.

So Help Me God.

Signed this 16th day of April , 2013.

Sylvia Salsberg

Signature of Interpreter: Sylvia Salsberg

FILED IN OPEN COURT THIS

4-16-2013

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA