# UNITED STATES DISTRICT COURT

JESSICA J. LYUBLANOVITS
CLERK OF COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Panama City Division

April 18, 2013

Clerk, U.S. District Court
Sam M. Gibbons
United States Courthouse
801 North Florida Avenue, 2nd Floor
Tampa, FL 33602

Re: USA v. MARIO JUAREZ-GAONA
ND/FL Case Number: 5:13-mj-00046-LB
MD/FL Case Number: 8:10-cr-248-T-24AEP

Dear Clerk,

Enclosed you will find the certified copies of the paperwork from the Initial Appearance and Removal Hearing of MARIO JUAREZ-GAONA.

Please indicate receipt on the enclosed copy of this letter and return. Thank you.

Sincerely,

JESSICA J. LYUBLANOVITS, CLERK OF COURT

*s/ Jennifer Martin*
Deputy Clerk: Jennifer Martin
Panama City Division
30 W. Government Street
Panama City, FL 32401

**RECEIVED:**

**DATE:**_______________________

**BY:**__________________________

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*